# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| KAREN LYNN BRETZ, ANTHONY W. CUFFARO AND ELIZABETH M. CUFFARO, HUSBAND AND WIFE, HENRY G. DENGLER AND JULIE DENGLER, HUSBAND AND WIFE, CAROL LYNN DORM AND RUSSELL DORM, III, HUSBAND AND WIFE, JANE E. GOTWALT, WAYNE K. GUNNET AND JUDITH GUNNET, HUSBAND AND WIFE, KENNETH A. HOKE AND DIANE M. HOKE, HUSBAND AND WIFE, S. JEAN LEIPHART AND ROBERT E. LEIPHART, HUSBAND AND WIFE, RONALD L. SMITH AND NORMA J. SMITH, HUSBAND AND WIFE, DENNIS L. STRAYER, JOHN S. VASELLAS AND JUDY M. VASELLAS, HUSBAND AND WIFE, ALICIA WEILAND AND EDWARD A. WEILAND, HUSBAND AND WIFE,<br><br>Petitioners<br><br>v.<br><br>YORK HOSPITAL AND/OR WELLSPAN HEALTH,<br><br>Respondents | No. 862 MAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

## ORDER

**PER CURIAM**

   **AND NOW**, this 11th day of June, 2018, the Application to Amend is **GRANTED** and the Petition for Allowance of Appeal is **DENIED**.